# EXHIBIT B

9/25/2020



Dan Hudson comentou isso                                        ⌄



Abner Lucas silva celestino · 3º e +
Atendente na Mais eletronicos
1 m · 🌐

Quero ser do time Nubank  como consigo trabalhar com
vocês na Área de atendimento ao cliente em Home office?

617                                    31 comentários

👍 Gostei        💬 Comentar        ↪ Compartilhar        ✈ Enviar

Dan Hudson · 2º
.
Great Idea by our Partner in Brazil we are NuBank
Global

Visualizar tradução

👍 · 1 gostou  |  💬

9/25/2020

