# EXHIBIT C

   

# Search the WHOIS Database

| nubank.com | Search |
|---|---|

## WHOIS search results

Domain Name: NUBANK.COM
Registry Domain ID: 224612_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2020-11-03T05:36:49Z
Creation Date: 1997-04-23T04:00:00Z
Registry Expiry Date: 2024-04-24T04:00:00Z
Registrar: Network Solutions, LLC
Registrar IANA ID: 2
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Name Server: NS4.WIXDNS.NET
Name Server: NS5.WIXDNS.NET
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-03-26T16:10:56Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar. Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.
TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for

information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability. VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.
The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Get our newsletter, join the community:

Email Address

SIGN UP

Privacy · Terms

We love taking your call.

# guides



About GoDaddy

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

Trust Center

Legal

Help Center

Help Center

Community

GoDaddy Blog

Contact Us

Report Abuse

Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Privacy · Terms

Corporate Domains

Redeem Code

Product Catalog

Site Map

Videos

Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

Account

My Products

Renewals & Billing

Create Account

Shopping

Domains

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

Privacy · Terms

Case 2:21-cv-00069-RWS    Document 1-3   Filed 03/31/21    Page 6 of 6

United States - English ⌄    USD ⌄

Legal               Privacy Policy             Advertising Preferences            Cookies

Do not sell my personal information

Copyright © 1999 - 2020 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

Privacy • Terms