# EXHIBIT D



9/30/2020