IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| NU PAGAMENTOS S.A.<br><br>v.<br><br>GEORGE DANIEL HUDSON JR. | Case No. 2:21-cv-00069-RWS |

## LOCAL RULE 5.4(A) CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4(A) undersigned certifies that the following documents were served upon counsel for Plaintiff on Friday, June 11, 2021:

- Hudson's Initial Disclosures
- Hudson's First Interrogatories to Nu Pagamentos
- Hudson's First Request for Production to Nu Pagamentos

***

Respectfully submitted,

/s/ Eric Menhart
Eric Menhart, Esq.*
Lexero Law
512 C St NE
Washington, DC 20002
Phone: 855-453-9376
Fax: 855-453-9376
* *Admitted Pro Hac Vice*

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system and all parties of record were served via that system.

/s/ Eric Menhart
Eric Menhart, Esq.