IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| NU PAGAMENTOS S.A. -- Instituição de Pagamento,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE DANIEL HUDSON JR.<br><br>Defendant. | Civil Action No. 2:21-cv-00069-RW |

## NOTICE OF CHANGE OF PARTY NAME

**PLEASE TAKE NOTICE THAT**, Plaintiff Nu Pagamentos S.A. hereby informs the Court and Defendant George Daniel Hudson Jr. ("Defendant") that, effective July 2, 2021, Nu Pagamentos S.A. changed its name to Nu Pagamentos S.A. - Instituição de Pagamento. Plaintiff's address and contact information otherwise remains unchanged.

Dated: September 17, 2021

*[SIGNATURES APPEAR ON THE NEXT PAGE]*

*/s/ Lucas W. Andrews*
Lucas W. Andrews
Ga Bar No. 019533
luke@poolehuffman.com
POOLE HUFFMAN LLC
3562 Habersham at Northlake
Building J, Suite 200
Tucker, GA 30084
Tel.  (770) 988-6574
Fax.  (888) 709-5723

*/s/ Matthew T. McLaughlin*
Matthew T. McLaughlin
(*admitted pro hac vice*)
mmclaughlin@nixonpeabody.com
Tarae L. Howell
(*admitted pro hac vice*)
thowell@nixonpeabody.com
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel. (617) 345-1000
Fax (617) 345-1300

David L. May
(*admitted pro hac vice*)
dmay@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Suite 500
Washington, DC 20001
T: (202) 585-8000
F: (202) 585-8080

***Attorneys for Plaintiff Nu Pagamentos S.A.*** - Instituição de Pagamento

## CERTIFICATE OF SERVICE

I, Lucas W. Andrews, hereby certify that on September 17, 2021, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ Lucas W. Andrews*
Lucas W. Andrews
Ga Bar No. 019533
luke@poolehuffman.com
POOLE HUFFMAN LLC
3562 Habersham at Northlake
Building J, Suite 200
Tucker, GA 30084
Tel. (770) 988-6574
Fax. (888) 709-5723