

| | | |
|---|---|---|
| 3562 Habersham at Northlake<br>Building J, Suite 200<br>Tucker, GA 30084 | | Tel: (404) 373-4008<br>Fax: (888) 709-5723 |

February 16, 2022

**VIA CM/ECF ELECTRONIC FILING SYSTEM**
Ms. Stacey Kemp
Courtroom Deputy Clerk to the
Honorable Judge Richard W. Story
Courtroom 2105
United States District Court
Northern District of Georgia

      **RE:** *Nu Pagamentos S.A. – Instituicao de Pagamento v. Hudson,*
            **Civil Action No: 2:21-cv-00069**
            **Notice of Leave of Absence**

Dear Judge Story and Ms. Kemp:

    I am counsel for the Plaintiff in the above-referenced case.

    Pursuant to Local Rule 83.1(E)(4), I am writing to inform you that I will be away from the practice of law for out-of-state travel or a convention the dates of March 10 through March 18 and May 5 through May 6, 2022. There are no hearings currently scheduled during those times, and, pursuant to the rule, I respectfully request that no trial or hearing be set during those times..

    If you have any questions or need additional information, please contact me at 404-373-4008. Thank you for your cooperation in this matter.

                                         Sincerely,

                                         /s/ Lucas W. Andrews
                                         Poole Huffman, LLC

# CERTIFICATE OF SERVICE

I certify that on February 16, 2022, I filed the foregoing *Notice of Leave of Absence* using the CM/ECF electronic filing system, which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted:   February 16, 2022.

/s/ Lucas W. Andrews
Georgia Bar No. 019533