IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NU PAGAMENTOS S.A. – INSTITUICAO DE PAGAMENTO, | : : : |
| Plaintiff, | : CIVIL ACTION NUMBER: : 2:21-CV-0069-RWS : |
| v. | : |
| GEORGE DANIEL HUDSON, JR., | : : |
| Defendant. | |

## **ORDER**

The above-captioned action has been referred to the undersigned Magistrate Judge to conduct a settlement conference. The parties are **ORDERED** to appear for a settlement conference on **Tuesday, March 29, 2022**[1] **at 9:30 a.m.** The Court's general practice during the current COVID-19 pandemic has been to conduct such conferences by videoconference or, for parties without access to videoconference facilities, teleconference.

However, with unanimous consent of the parties, the Court will conduct this mediation in-person in the Courthouse, subject to the masking, social distancing,

---

[1]If there are any conflicts with this date, the parties are directed to confer and jointly call into Chambers at 404-215-1440 with three alternative days for which they are available.

1

and other protocols that generally apply within the Courthouse (such as lack of symptoms, any recent diagnosis of COVID-19 or pending test, and lack of close contact with someone in such circumstances within the preceding 14 days).

The parties are **ORDERED** to confer as to whether they consent to in-Court mediation or rather wish to conduct the mediation by videoconference, and inform the Court's Deputy Clerk, at belqyis_evans@gand.uscourts.gov, or (404) 215-1440, within **TEN (10) DAYS** of this Order.

Whether in-person or by remote means, corporate representatives for Plaintiff Nu Pagamentos S.A. – Instituicao de Pagamento and Defendant George Daniel Hudson, Jr., along with their counsel and any insurance carrier who may be providing coverage, must be present for the settlement conference. Even in the event of a videoconference mediation, participants are required to be fully available during the entire day, and to not schedule other calls or activities that will conflict with being immediately available as needed by the Court during the day of mediation.

All parties shall be prepared to make a presentation of the facts of the case, including Plaintiff's damages and the fees and expenses that either side may seek to recover. The parties will be permitted and encouraged to express their views and each side should be prepared to discuss with the undersigned in a breakout session

the strongest and weakest points of their case and that of their opponents, the latest settlement proposals, and the settlement proposals they will be willing to accept to conclude the matter.

Each party is to prepare a concise summary of its case, no longer than ten (10) double-spaced pages, along with any <u>key</u> exhibits each party believes to be critical to the case. These settlement statements, are **not** filed, should be presented directly to the undersigned in chambers (Fax 404-215-1445, or Email [belqyis_evans@gand.uscourts.gov](mailto:belqyis_evans@gand.uscourts.gov)), and are not to be served upon the opposing parties. The statements are due no later than 4:00 p.m. on **Tuesday, March 22, 2022**.

In addition, at the same time the settlement statements are submitted, the parties shall submit a Joint Statement that includes the negotiation history, i.e., the offers and demands that have been exchanged thus far. The parties are specifically required to have exchanged at least two offers and demands, in good faith, prior to the submission of this statement. The settlement statement(s), the Joint Statement regarding the negotiation history, and all other communications made in connection with the settlement conference, shall be kept confidential and shall be

inadmissible at trial.

**IT IS SO ORDERED** this 9th day of March, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE