IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NU PAGAMENTOS S.A. – INSTITUICAO DE PAGAMENTO,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGE DANIEL HUDSON, JR.,<br><br>      Defendant. | : <br> : <br> : CIVIL ACTION NUMBER:<br> : 2:21-CV-0069-RWS<br> : <br> : <br> : |

## **ORDER**

The Court has been informed by counsel that there is a scheduling conflict with the mediation that is currently scheduled for March 29, 2022 at 9:30 a.m.

Therefore, the Court hereby reschedules the mediation for **9:30 a.m. on March 31, 2022**. Settlement statements are now due on or before **March 24, 2022** by 4:00 p.m.

All other previous instructions in the Court's prior order apply.

**IT IS SO ORDERED** this 18th day of March, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

1