# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:21-cv-00069-RWS
### Nu Pagamentos S.A. - Instituicao de Pagamento v. Hudson
### Honorable Richard W. Story

Minute Sheet for proceedings held In Chambers on 03/23/2023.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:30 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Denise Marie Stewart
DEPUTY CLERK: Kelly Thigpen

ATTORNEY(S) PRESENT: Lucas Andrews representing Nu Pagamentos S.A. - Instituicao de Pagamento
Matthew McLaughlin representing Nu Pagamentos S.A. - Instituicao de Pagamento
David May representing Nu Pagamentos S.A. - Instituicao de Pagamento
Eric Menhart representing George Daniel Hudson

OTHER(S) PRESENT: Bailey Meyne, Law Clerk

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);