IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

TWO WEEK CALENDAR COMMENCING THURSDAY, DECEMBER 7, 2023 AT <u>9:30A.M.</u> IN COURTROOM 303, U. S. COURTHOUSE, 121 SPRING STREET, GAINESVILLE, GEORGIA, HONORABLE RICHARD W. STORY, PRESIDING.

<u>DO NOT APPEAR UNLESS YOU ARE NOTIFIED BY THE COURT. THE CASES MAY BE TAKEN OUT OF THE ORDER LISTED.</u>

<u>PRETRIAL CONFERENCES TO BE SCHEDULED BY SEPARATE NOTICE.</u>

| ATTORNEYS<br>CASE NUMBER | STYLE OF CASE | NATURE OF OFFENSE/CAUSE |
|---|---|---|
| Sidney Moore | JANET TURNER O'KELLEY | 42:1983 Civil Rights Act |
| 2:17-cv-215 | V. | |
| Philip Friduss | SGT. TRAVIS PALMER CURRAN, et al | |
| Craig Jones | JOSHUA ENGLISH, et al | 42:1983 Civil Rights Act |
| 2:20-cv-147 | V. | |
| Frances Clay | JONATHAN FOWLER, et al | |
| David May | NU PAGAMENTOS S.A. | 15:1051 Trademark Infringement |
| 2:21-cv-069 | V. | |
| Eric Menhart | GEORGE DANIEL HUDSON, Jr. | |

In the United States District Court

For the Northern District of Georgia

Gainesville Division

## CLERK'S CERTIFICATE OF MAILING

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia, at Gainesville, Georgia, hereby certify:

1. That pursuant to instructions for the United States District Judges and in the performance of my duties as Clerk, there was mailed to each of the parties named on the attached Civil Notice filed herein, or as otherwise appearing in the files in such cause except where the address is unknown, a Notice of Jury Trial for December 7, 2023, a true copy of which is attached hereto;

2. That the attached Notice was also mailed or electronically transmitted to counsel for each plaintiff and defendant;

3. That such Notice was enclosed and sealed in envelopes bearing the lawful frank of the United States District Court or contained the official Notice of Electronic Filing.

4. That said envelopes were delivered to and deposited in the regular mails of the United States Postal Service in the City of Gainesville in said District on the 14th day of August, 2023.

KEVIN P. WEIMER, CLERK

BY: s/Stacey Kemp
      Courtroom Deputy Clerk