IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| NU PAGAMENTOS S.A. - INSTITUICAO DE PAGAMENTO<br><br>v.<br><br>GEORGE DANIEL HUDSON JR. | Case No. 2:21-cv-00069-RWS |

## NOTICE OF LEAVE RE LOCAL RULE 83.1(E)(4)

Pursuant to Local Rule 83.1(E)(4), undersigned respectfully notifies the Court of the following dates of unavailability over the upcoming months, which are unavailable due to existing schedules in other cases or due to out-of-state travel. There are no hearings currently scheduled during the noted times, and, pursuant to the rule, I respectfully request that no trial or hearing be set on these dates:

- January 25 – February 2, 2024
- February 9 – 12, 2024
- April 25 – 26, 2024
- June 25 – July 7, 2024

* * *

1

Respectfully submitted,

/s/ Eric Menhart
Eric Menhart, Esq.*
Lexero Law
512 C St NE
Washington, DC 20002
Phone: 855-453-9376
Fax: 855-453-9376
* *Admitted Pro Hac Vice*

## CERTIFICATION OF FONT SIZE

Pursuant to Local Rule 7.1(D), I certify that the font employed in this document is 14-point Times New Roman.

/s/ Eric Menhart
Eric Menhart, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed via the Court's ECF system and all parties of record were served via that system.

/s/ Eric Menhart
Eric Menhart, Esq.